# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONI RAE BRADY,<br><br>Defendant. | Case No. CR-20-132-BLG-SPW<br><br>**ORDER APPOINTING COUNSEL:<br>FEDERAL DEFENDERS<br>OF MONTANA** |

Upon Defendant's Unopposed Motion for Appointment of Counsel (Doc. 28) and upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that GILLIAN E. GOSCH and the FEDERAL DEFENDERS OF MONTANA, be appointed to represent the Defendant at every stage of the proceedings from initial appearance through appeal, including ancillary matters appropriate to the proceedings.

IT IS FURTHER ORDERED that the Defendant shall pay the sum of _Zero_ DOLLARS ($ _0.00_ ) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $ _N/A_ shall be made on or before _N/A_, and each subsequent payment shall be made on or before the _N/A_ day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this _18th_ day of January, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE